**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**

In re: **Daniel Habakkuk Alexander, Sr.**                                    Case# 18-17898

                                                                                      Chapter 7

Debtor
_____/

**NOTICE OF UNAVAILABILITY**

      PLEASE TAKE NOTICE that the undersigned law firm hereby gives Notice to this Court and all attorneys and parties of record that Attorney Eric Scott Brumfield, Esquire shall be unavailable as follows:

1. Tuesday July 3, 2018 through Thursday July 5, 2018.
2. Monday August 6, 2018 through Friday August 17, 2018.
3. Friday August 31, 2018 through Tuesday September 4, 2018.
4. Monday December 24, 2018 through Monday January 7, 2019.
5. The law firm requests that no appointments, mediations, depositions, conferences, hearings or other legal proceedings be schedules during these times. Further no fax, email or correspondence should be sent setting a deadline for response during the time that the said attorneys are not available and for three business days after the conclusions of the time of unavailability.

**CERTIFICATE OF SERVICE**

      **I HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished by email to all parties on the service list on this 29th day of June, 2018.

                                          Respectfully Submitted,
                                          The Law Office of Eric Scott Brumfield
                                          AET II, 7270 NW 12 Street, Suite 545
                                          Miami, FL 33126
                                          Telephone: 305-406-3490
                                          Fax number: 855-700-8166
                                          esb@lawesb.com
                                          service@lawesb.com

                                    By:    /s/ *ERIC SCOTT BRUMFIELD*
                                                 Eric Scott Brumfield, Esq.
                                                 FBN: 90535