**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
**www.flsb.uscourts.gov**

In re:

Chapter 13
Case No.: 18-17898-AJC

DANIEL HABAKKUK ALEXANDER,

    Debtor.

_____/

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE**

    **PLEASE TAKE NOTICE** that Chase A. Berger, Esq. and Ghidotti Berger, LLP hereby enter their appearance as counsel for Secured Creditor, **BSI FINANCIAL SERVICES, AS SERVICING AGENT FOR HMC ASSETS, LLC, SOLELY IN ITS CAPACITY AS SEPARATE TRUSTEE OF COMMUNITY DEVELOPMENT FUND II TRUST** ("Secured Creditor"), in these proceedings.

    All parties shall take note that all future pleadings, notices, correspondence and all other pertinent data pertaining to the above-styled matter shall be forwarded to the undersigned counsel at the address listed below.

**Dated this 6th day of July, 2018.**

Respectfully submitted,

**GHIDOTTI | BERGER, LLP**
*Attorneys for Secured Creditor*
3050 Biscayne Blvd. - Suite 402
Miami, Florida 33137
Telephone: (305) 501.2808
Facsimile: (954) 780.5578

By:    /s/ Chase A. Berger
        Chase A. Berger, Esq.
        Florida Bar No. 083794
        cberger@ghidottiberger.com

## <u>CERTIFICATE PURSUANT TO LOCAL RULE 9011-4(B)(1)</u>

I certify that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this court as set forth in Local Rule 2090-1(A).

By:    /s/ Chase A. Berger
                Chase A. Berger, Esq.

## <u>CERTIFICATE OF SERVICE</u>

**I HEREBY CERTIFY** that on <u>July 6, 2018</u>, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

I also certify that the foregoing document is being served this day, either via transmission of Notice of Electronic Filing generated by CM/ECF or by first class U.S. Mail, upon:

*Debtor*
**Daniel Habakkuk Alexander**
20110 SW 123 Drive
Miami, FL 33177

*Debtor Counsel*
**Eric S Brumfield**
7270 NW 12 St # 545
Miami, FL 33126

*Trustee*
**Marcia T Dunn**
555 NE 15 St, Ste 934-A
Miami, FL 33132

*U.S. Trustee*
**Office of the US Trustee**
51 S.W. 1st Ave.
Suite 1204
Miami, FL 33130

By:    /s/ Chase A. Berger
                Chase A. Berger, Esq.