**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
**www.flsb.uscourts.gov**

In re:

                                                          Chapter 13
                                                      Case No.: 18-17898-AJC

DANIEL HABAKKUK ALEXANDER,

    Debtor.
_____/

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on August 1, 2018, I served a conformed copy of *Notice of Hearing by Filer (Re: [13] Motion for Relief from Stay [Fee Amount $181], in addition to Motion for Relief from Co-Debtor Stay to Enforce Final Judgment of Foreclosure Filed by Creditor BSI Financial Services). Hearing scheduled for 08/14/2018 at 02:00 PM at C. Clyde Atkins U.S. Courthouse, 301 N Miami Ave Courtroom 7 (AJC), Miami, FL 33128* [D.E. 14] upon all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

**Dated this 1st day of August, 2018.**

                                                      Respectfully submitted,

                                                      **GHIDOTTI │ BERGER, LLP**
                                                      *Attorneys for Secured Creditor*
                                                      3050 Biscayne Blvd. - Suite 402
                                                      Miami, Florida 33137
                                                      Telephone: (305) 501.2808
                                                      Facsimile: (954) 780.5578

                                        By:     /s/ Chase A. Berger
                                                       Chase A. Berger, Esq.
                                                       Florida Bar No. 083794
                                                      cberger@ghidottiberger.com

*BKCY Case No.: 18-17898-AJC*

## **CERTIFICATE PURSUANT TO LOCAL RULE 9011-4(B)(1)**

I certify that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this court as set forth in Local Rule 2090-1(A).

By: /s/ Chase A. Berger
Chase A. Berger, Esq.

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on August 1, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

I also certify that the foregoing document is being served this day, either via transmission of Notice of Electronic Filing generated by CM/ECF or by first class U.S. Mail, upon:

*Debtor*
**Daniel Habakkuk Alexander**
20110 SW 123 Drive
Miami, FL 33177

*Debtor Counsel*
**Eric S Brumfield**
7270 NW 12 St # 545
Miami, FL 33126

*Trustee*
**Marcia T Dunn**
555 NE 15 St, Ste 934-A
Miami, FL 33132

*U.S. Trustee*
**Office of the US Trustee**
51 S.W. 1st Ave.
Suite 1204
Miami, FL 33130

By: /s/ Chase A. Berger
Chase A. Berger, Esq.