**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**

In re: **Daniel Habakkuk Alexander, Sr.**                                    Case# 18-17898

                                                                            Chapter 7

Debtor

_____/

**NOTICE OF UNAVAILABILITY**

   PLEASE TAKE NOTICE that the undersigned law firm hereby gives Notice to this Court and all attorneys and parties of record that Attorney Eric Scott Brumfield, Esquire shall be unavailable as follows:

1. Monday August 6, 2018 through Friday August 17, 2018.
2. Monday August 20, 2018 through Thursday, August 23, 2018.
3. Monday August 27, 2018 through Monday September 10, 2018.
4. Tuesday, September 18, 2018,
5. Thursday, September 20, 2018.
6. Tuesday, September 25, 2018 through Wednesday September 26, 2018.
7. Monday, October 1, 2018.
8. Monday December 24, 2018 through Monday January 7, 2019.
9. The law firm requests that no appointments, mediations, depositions, conferences, hearings or other legal proceedings be schedules during these times.  Further no fax, email or correspondence should be sent setting a deadline for response during the time that the said attorneys are not available and for three business days after the conclusions of the time of unavailability.

**CERTIFICATE OF SERVICE**

   **I HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished by email to all parties on the service list on this 2nd day of August, 2018.

                                                            Respectfully Submitted,
                                                            The Law Office of Eric Scott Brumfield
                                                            AET II, 7270 NW 12 Street, Suite 545
                                                            Miami, FL 33126
                                                            Telephone: 305-406-3490
                                                            Fax number: 855-700-8166
                                                            esb@lawesb.com
                                                            service@lawesb.com

                                                            By:     /s/ *ERIC SCOTT BRUMFIELD*
                                                                    Eric Scott Brumfield, Esq.
                                                                    FBN: 90535