

**ORDERED in the Southern District of Florida on August 3, 2018.**

A. Jay Cristol, Judge
United States Bankruptcy Court

___

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov**

In re:

                                                    Chapter 7
                                 Case No.: 18-17898-AJC

DANIEL HABAKKUK ALEXANDER,

      Debtor.
_____/

**ORDER GRANTING *EX-PARTE* MOTION TO
CONTINUE HEARING SET FOR AUGUST 14, 2018**

**THIS MATTER** came before the Court upon the *Ex-Parte* Motion to Reschedule Hearing set for August 14, 2018 [D.E. 17] (the "Motion") filed BSI Financial Services, as Servicing Agent for HMC Assets, LLC, solely in its Capacity as Separate Trustee of Community Development Fund II Trust.  The Court having considered the Motion and being otherwise fully advised in the premises, finds it appropriate to enter an order continuing the hearing on the Motion for Relief From Automatic Stay and Co-Debtor Relief From Stay to Enforce Final Judgment of Foreclosure [D.E. 13] (the "Motion for Relief from Stay").  Accordingly, it is

      **ORDERED AND ADJUDGED**:

The Motion is **GRANTED**. Hearing on the Motion for Relief from Stay [D.E. 13] currently set for August 14, 2018 is **CONTINUED** to **September 12, 2018 at 10:30 a.m.** at C. Clyde Atkins United States Courthouse, 301 North Miami Avenue, Courtroom 7, Miami, FL 33128.

# # #

Submitted by:

**Chase A. Berger, Esq.**
Florida Bar No. 083794
cberger@ghidottiberger.com
**GHIDOTTI / BERGER, LLP**
3050 Biscayne Boulevard - Suite 402
Miami, Florida 33137
Telephone: (305) 501.2808
Facsimile: (954) 780.5578

Mr. Berger is directed to serve a copy of this Order upon all interested parties and shall file a Certificate of Service with the Court confirming same.